UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

A.M., et al.,

        Plaintiffs,

   v.                                                          Case No. 12CV943
MEQUON-THIENSVILLE SCHOOL
DISTRICT, et al.,

        Defendants.

## DECISION AND ORDER

On May 28, 2013, I issued an order granting certain of the defendants' motion to compel discovery from the plaintiffs. In that order, I stated that unless the plaintiffs signed medical authorizations and provided complete responses to defendants' interrogatories by June 5, 2013, I would consider dismissing this case with prejudice. On June 6, 2013, counsel for the defendants indicated that the plaintiff had not complied with my order and that he has not otherwise heard from the plaintiffs. In light of this information, I conclude that the plaintiffs are no longer interested in pursuing this action and will dismiss the case with prejudice for lack of prosecution under Federal Rule of Civil Procedure 41(b) and Civil Local Rule 41(c). If the plaintiffs intend to pursue this action, they may petition for reinstatement within 21 days of the date of this order. See Civil L.R. 41(c).

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 19th day of June, 2013.

                                                                  s/ Lynn Adelman
                                                                   LYNN ADELMAN
                                                                   District Judge